IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:19 CR 20033-001 |
| ) | |
| v. ) | 18 U.S.C. § 1001(a)(2) |
| ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| ROBIN COX ) | |
| ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about May 19, 2019, in the Western District of Arkansas, Fort Smith Division, and elsewhere, the defendant,

ROBIN COX,

a licensed medical practitioner, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT 2

On or about May 21, 2019, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendant,

ROBIN COX,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of

the United States, by representing to a Special Agent for the Drug Enforcement Administration during a telephone call that a prescription written in the name of D. S. and signed by her on or about May 19, 2019 was forged and fraudulent. The statement and representation was false because, as ROBIN COX then and there knew, she had written and signed the prescription in the name of D.S. and given it to D.S. at a fast food restaurant on May 19, 2019, in violation of Title 18, United States Code, Section 1001(a)(2).

A True Bill.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Foreperson

Anne E. Gardner
Special Assistant U.S. Attorney
VA Bar No. 41461
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov