IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  2:19CR20033-001 |
| | ) | |
| ROBIN COX | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am authorized to practice in this court, and I appear in this case as counsel for the Plaintiff, United States of America.

DATED this 10th day of September, 2020.

Respectfully submitted,

David Clay Fowlkes
First Assistant United States Attorney

By: */s/ Kyra E. Jenner*
Kyra E. Jenner
Assistant U.S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
Email: Kyra.Jenner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to James B. Pierce, attorney for Defendant.

*/s/ Kyra E. Jenner*
Kyra E. Jenner
Assistant U.S. Attorney